**FILED**
January 13, 2015
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Case No. 2:15-cr-00005-TLN |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | ORDER FOR RELEASE OF |
| STEEL A. DAVIS, | ) | PERSON IN CUSTODY |
| | ) | |
| Defendant. | ) | |

TO:  UNITED STATES MARSHAL:

This is to authorize and direct you to release, STEEL A. DAVIS, Case No. 2:15-cr-00005-TLN from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___  Release on Personal Recognizance

_X_  Bail Posted in the Sum of: $50,000.00.

    _X_  Co-Signed Unsecured Appearance Bond

    ___  Secured Appearance Bond

    _X_  (Other) Conditions as stated on the record.

    _X_  (Other) Bond paperwork to be filed by 1/23/2015.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  1/13/2015  at  2:30 p.m.

By  /s/ Edmund F. Brennan
Edmund F. Brennan
United States Magistrate Judge