MICHAEL D. LONG  (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 201-4188
Mike.Long.Law@msn.com

Attorney for STEEL DAVIS

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | ) No. 2:15-cr-0005-TLN |
| Plaintiff, | ) |
| | ) STIPULATION AND |
| v. | ) ORDER TO STATUS CONFERENCE |
| | ) |
| STEEL DAVIS, | ) Date: 10-8-15 |
| | ) Time: 9:30 a.m. |
| Defendant. | ) Judge: Hon. Troy L. Nunley |
| ================================) | |

It is hereby stipulated between the parties, Matt Morris, Assistant United States Attorney, Michael D. Long, attorney for defendant STEEL DAVIS, that the status conference set for August 13, 2015, at 9:30 a.m. should be vacated and re-set for October 8, 2015, at 9:30 a.m.

The parties further agree that this court should make a finding of good cause for the requested extension and that in fact good cause is hereby shown.  Defense counsel is still reviewing discovery, meeting with Mr. Davis, obtaining criminal history documents and developing defenses.  Both defense counsel and the government are engaging in plea negotiations.

Each party further stipulates that the ends of justice served by granting such continuance outweigh the best interests of the public and of all the defendants in a speedy trial.  Each party would like time to be excluded as provided by Local Code T4 from today's date through October 8, 2015, for the effective preparation of all counsel, taking in to account due diligence.  18 U.S.C. section 3161(b)(7)(B)(iv).

-1-

All parties request the date of October 8, 2015, for the status hearing. The request for extending the date for the status conference is at the specific request of the defendants and with the knowing, intelligent and voluntary waiver of their speedy trial rights under the law. Good cause is hereby shown.

Dated:  July 28, 2015               Respectfully submitted,

                                    /s/ Michael D. Long
                                    MICHAEL D. LONG
                                    Attorney for LaGranger Jones

Dated:  July 28, 2015               BENJAMIN WAGNER
                                    United States Attorney

                                    /s/ Matthew Morris
                                    MATTHEW MORRIS
                                    Assistant U.S. Attorney

**<u>GOOD CAUSE APPEARING AND HAVING BEEN SHOWN, IT IS SO ORDERED</u>**.

The date for the status hearing in this matter is hereby re-set for October 8, 2015, at 9:30 a.m., before District Court Judge Troy L. Nunley. The court finds that the ends of justice served by granting such continuance outweigh the best interests of the public and of all the defendants in a speedy trial. Time is excluded as provided by Local Code T4 from today's date through October 8, 2015, for the effective preparation of all counsel, taking in to account due diligence. 18 U.S.C. section 3161(b)(7)(B)(iv).

Dated:  July 29, 2015

                                    _____
                                    Troy L. Nunley
                                    United States District Judge