BENJAMIN B. WAGNER
United States Attorney
MATTHEW G. MORRIS
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>                    v.<br><br>STEEL A. DAVIS,<br><br>                              Defendant. | CASE NO.  2:15-CR-5<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: November 5, 2015<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley<br><br>RELATED CASES: 2:14-cr-152; 2:14-cr-153 |

**STIPULATION**

1.     By previous order, this matter was set for status on November 5, 2015.

2.     By this stipulation, defendant now moves to continue the status conference until December 10, 2015, and to exclude time between November 5, 2015, and December 10, 2015, under Local Code T4.

3.     The parties agree and stipulate, and request that the Court find the following:

        a)     The government has represented that the discovery associated with this case includes several hundred pages of financial records and witness statements. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

        b)     Counsel for defendant has been reviewing this material and has presented information to the government regarding some of the transactions that the government alleges were attributable to the defendant.  The government is conducting additional investigation on

that topic.  In addition, defense counsel has been a significant jury trial in Sacramento Superior

Court that begins on November 19, 2015.

c)      Counsel for defendant believes that failure to grant the above-requested

continuance would deny counsel the reasonable time necessary for effective preparation, taking

into account the exercise of due diligence.

d)      The government does not object to the continuance.

e)      Based on the above-stated findings, the ends of justice served by continuing the

case as requested outweigh the interest of the public and the defendant in a trial within the

original date prescribed by the Speedy Trial Act.

f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

et seq., within which trial must commence, the time period of November 5, 2015 to December

10, 2015, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local

Code T4] because it results from a continuance granted by the Court at defendants' request on

the basis of the Court's finding that the ends of justice served by taking such action outweigh the

best interest of the public and the defendant in a speedy trial.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the

Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

must commence.

IT IS SO STIPULATED.

Dated:  November 3, 2015                                   BENJAMIN B. WAGNER
                                                          United States Attorney


                                                          /s/ MATTHEW G. MORRIS
                                                          MATTHEW G. MORRIS
                                                          Assistant United States Attorney


Dated:  November 3, 2015                                  /s/ MICHAEL LONG
                                                          MICHAEL LONG
                                                          Counsel for Defendant Steel Davis

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 3rd day of <u>November, 2015</u>

<u>Troy L. Nunley</u>
United States District Judge