MICHAEL D. LONG  (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 201-4188
Mike.Long.Law@msn.com

Attorney for STEEL DAVIS

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

```
THE UNITED STATES OF AMERICA,      ) No. 2:15-cr-0005-TLN
                 Plaintiff,        )
                                   ) STIPULATION AND ORDER
     v.                            ) TO CONTINUE STATUS CONFERENCE
                                   )
STEEL DAVIS,                       ) Date: 1-7-2016
                                   ) Time: 9:30 a.m.
                 Defendant.        ) Judge: Hon. Troy L. Nunley
===============================)
```

It is hereby stipulated between the parties, Matt Morris, Assistant United States Attorney, Michael D. Long, attorney for defendant STEEL DAVIS, that the status conference set for December 10, 2015, at 9:30 a.m. should be vacated and re-set for January 7, 2016, at 9:30 a.m.

The parties further agree that this court should make a finding of good cause for the requested extension and that in fact good cause is hereby shown.  Defense counsel is currently in trial in Sacramento County and that trial is expected to last another three weeks.  Defense counsel is still reviewing discovery, meeting with Mr. Davis, obtaining criminal history documents and developing defenses.  As Mr. Davis lives in Butte County, visiting him takes more time and planning than in typical cases.  Both defense counsel and the government are engaging in plea negotiations.

Each party further stipulates that the ends of justice served by granting such continuance outweigh the best interests of the public and of all the defendants in a speedy trial.  Each party would like time to be excluded as provided by Local Code T4 from today's date through November

-1-

5, 2015, for the effective preparation of all counsel, taking in to account due diligence.  18 U.S.C. section 3161(b)(7)(B)(iv).

All parties request the date of January 7, 2016, for the status hearing.  The request for extending the date for the status conference is at the specific request of the defendants and with the knowing, intelligent and voluntary waiver of their speedy trial rights under the law.  Good cause is hereby shown.

Dated:  December 2, 2015                                   Respectfully submitted,

/s/ Michael D. Long
MICHAEL D. LONG
Attorney for Steel Davis

Dated:  December 2, 2015                                   BENJAMIN WAGNER
United States Attorney

/s/ Matthew Morris
MATTHEW MORRIS
Assistant U.S. Attorney

## **ORDER**

**GOOD CAUSE APPEARING AND HAVING BEEN SHOWN, IT IS SO ORDERED**.

The date for the status hearing in this matter is hereby re-set for January 7, 2016, at 9:30 a.m., before District Court Judge Troy L. Nunley.  The court finds that the ends of justice served by granting such continuance outweigh the best interests of the public and of all the defendants in a speedy trial.  Time is excluded as provided by Local Code T4 from today's date through January 7, 2016, for the effective preparation of all counsel, taking in to account due diligence.  18 U.S.C. section 3161(b)(7)(B)(iv).

Dated:  December 3, 2015

Troy L. Nunley
United States District Judge