MICHAEL D. LONG  (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 201-4188
Mike.Long.Law@msn.com

Attorney for STEEL DAVIS

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA, | ) | No. 2:15-cr-0005-TLN |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER |
| v. | ) | TO STATUS CONFERENCE |
| | ) | |
| STEEL DAVIS, | ) | Date: 1-28-2016 |
| | ) | Time: 9:30 a.m. |
| Defendant. | ) | Judge: Hon. Troy L. Nunley |
| ===============================) | | |

It is hereby stipulated between the parties, Matt Morris, Assistant United States Attorney, Michael D. Long, attorney for defendant STEEL DAVIS, that the status conference set for January 7, 2016, at 9:30 a.m. should be vacated and re-set for January 28, 2016, at 9:30 a.m.

The parties further agree that this court should make a finding of good cause for the requested extension and that in fact good cause is hereby shown.  Defense counsel is still reviewing discovery, meeting with Mr. Davis, obtaining criminal history documents and developing defenses. As Mr. Davis lives in Butte County, visiting him takes more time and planning than in typical cases. Both defense counsel and the government are engaging in plea negotiations.  Mr. Long met with his client on January 4, 2014, and based on that meeting, Mr. Long must research many legal and factual issues.  Three weeks should suffice to complete the research.

Each party further stipulates that the ends of justice served by granting such continuance outweigh the best interests of the public and of all the defendants in a speedy trial.  Each party would like time to be excluded as provided by Local Code T4 from today's date through November

-2-

5, 2015, for the effective preparation of all counsel, taking in to account due diligence.  18 U.S.C. section 3161(b)(7)(B)(iv).

All parties request the date of January 28, 2016, for the status hearing.  The request for extending the date for the status conference is at the specific request of the defendants and with the knowing, intelligent and voluntary waiver of their speedy trial rights under the law.  Good cause is hereby shown.

Dated:  January 5, 2016                    Respectfully submitted,

/s/ Michael D. Long
MICHAEL D. LONG
Attorney for Steel Davis

Dated:  January 5, 2016                    BENJAMIN WAGNER
United States Attorney

/s/ Matthew Morris
MATTHEW MORRIS
Assistant U.S. Attorney

**GOOD CAUSE APPEARING AND HAVING BEEN SHOWN, IT IS SO ORDERED**.

The date for the status hearing in this matter is hereby re-set for January 28, 2016, at 9:30 a.m., before District Court Judge Troy L. Nunley.  The court finds that the ends of justice served by granting such continuance outweigh the best interests of the public and of all the defendants in a speedy trial.  Time is excluded as provided by Local Code T4 from today's date through January 28, 2016, for the effective preparation of all counsel, taking in to account due diligence.  18 U.S.C. section 3161(b)(7)(B)(iv).

Dated:  January 5, 2016

Troy L. Nunley
United States District Judge