PHILLIP A. TALBERT
United States Attorney
MATTHEW G. MORRIS
KATHERINE T. LYDON
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorney for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>STEELE A. DAVIS,<br>Defendant. | CASE NO. 2:15-CR-00005 TLN<br>ASSOCIATION OF COUNSEL |

The United States of America requests that Assistant U.S. Attorney Katherine T. Lydon be added as co-counsel of record in the above-referenced action.

Dated: November 30, 2016

PHILLIP A. TALBERT
United States Attorney

By: /s/ KATHERINE T. LYDON
KATHERINE T. LYDON
Assistant United States Attorney