IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>STEEL DAVIS,<br>Defendant. | CASE NO. 2:15-CR-5-TLN<br>DECLARATION OF MATTHEW G. MORRIS |

Exhibit A

## Recruiting Assistant Overview: BRIAN KAPS

Overview | Notes | Payment Information | Nominations | Status History | Healthcare Election Status

| | |
|---|---|
| **Name** | BRIAN KAPS |
| **RA ID** | 1363993 |
| **RA Type** | ARNG Soldier |
| **Status** | Deactivated - No Longer In Sidpers |
| **Military Status** | LOSS |
| **Mailing Address** | [redacted]<br>CHICO, CA 95928 |
| **Shipping Address** | [redacted]<br>CHICO, CA 95928 |
| **Email Address** | [redacted] |
| **SSN** | [redacted] |
| **Payment Option** | Bank Direct Deposit - Checking |
| **Account Number** | [redacted]1074 |
| **Routing Number** | [redacted]1689 |
| **Date of Birth** | [redacted] |
| **Sex** | M |
| **Daytime Phone** | [redacted] |
| **Mobile Phone** | |
| **Fax Phone** | |
| **Shirt Size** | XL |
| **RA Has Agreed** | No |
| **Last Verified Date** | 6/30/2010 1:57:16 PM |
| **Verification Required** | Yes |

**Current Service**

| | |
|---|---|
| **User Supplied Branch** | Army National Guard |
| **User Supplied Rank** | SPC |
| **Military Rank** | E3 |
| **Military MOS** | 12N |
| **Military Unit** | X0GA1 |
| **Unit Description** | DET 1 649TH ENGR CO |
| **Unit State** | CA |
| **Began Service** | 10/2008 |
| **ETS** | 20141022 |

**Prior Service**

| | |
|---|---|
| **Prior Service?** | No |
| **Branch** | |
| **Rank** | |
| **MOS** | |
| **Began Service** | |
| **Ended Service** | |
| **Date Created** | 11/10/2008 1:10:54 PM |
| **Completed Training** | 11/10/2008 1:28:27 PM |
| **Is Deleted** | No |
| **Account Expired** | Unlock |
| **Login Failure Attempts Exceeded** | Unlock |

**Local Recruiter** **Drilling Recruiter**

Activity Export | Impersonate RA | Edit RA | Close

Recruiting Assistant Overview: BRIAN KAPS

Overview | Notes | Payment Information | Nominations | Status History | Healthcare Election Status

Add Admin Note

| Date | Note | Entered By |
|---|---|---|
| 3/19/2010 10:50:17 AM | vm/em ab new nom / note req / mz pts | Clay Myers |
| 2/8/2010 3:07:08 PM | RA called to ask about 0 payment showing for 2/5 and expl that he should have that pmt within the next 3-5 business days and expl that we can only pay out so much in a day, so the pmts go in increments, so his pmt is still being verified. RA asked about the GRAP challenge for the pS anton and expl that he is showing as shipping on 7/13/2010 so he is not eligible for the extra money unless the PS ships before 5/30/2010. | Savannah Dupree |
| 12/10/2009 4:07:53 PM | tried to speak with him ab new nom / note req, he said that he was going to go to a better spot and then we got disconnected | Clay Myers |
| 10/22/2009 11:22:13 AM | LM/EM to congrat on new nom Blair and to remind about notes for all the recent nominations he has made. Also told about MZ. | Alicia Seales |
| 9/14/2009 3:19:23 PM | LM/EM to congrat on new nom Adam and to remind about notes. | Alicia Seales |
| 7/29/2009 3:59:54 PM | EM re: congrats on new nom and make notes | Lauren Huff |
| 7/14/2009 2:54:40 PM | SW RA re: new nom of Robert, also placed Mz order for RA via his agreement | Lauren Huff |
| 6/9/2009 3:56:49 PM | sent another em regarding newest nom | Meghan Reuter |
| 6/2/2009 2:05:33 PM | spk/em: congrats on new nom/note req., and mZ | Meghan Reuter |
| 4/29/2009 2:04:08 PM | lm/em: congrats on new nom/note req., and MZ | Meghan Reuter |
| 2/17/2009 3:12:57 PM | EM re: new nom/notes. | Ashley Spell |
| 2/3/2009 | EM: Congrats on new nominee, note req., and MZ | Chandler |

Activity Export | Impersonate RA | Edit RA | Close

Recruiting Assistant Overview: BRIAN KAPS

Overview | Notes | Payment Information | Nominations | Status History | Healthcare Election Status

Add Admin Note

| Date | Note | Entered By |
|---|---|---|
| 12/10/2009 4:07:53 PM | tried to speak with him ab new nom / note req, he said that he was going to go to a better spot and then we got disconnected | Clay Myers |
| 10/22/2009 11:22:13 AM | LM/EM to congrat on new nom Blair and to remind about notes for all the recent nominations he has made. Also told about MZ. | Alicia Seales |
| 9/14/2009 3:19:23 PM | LM/EM to congrat on new nom Adam and to remind about notes. | Alicia Seales |
| 7/29/2009 3:59:54 PM | EM re: congrats on new nom and make notes | Lauren Huff |
| 7/14/2009 2:54:40 PM | SW RA re: new nom of Robert, also placed Mz order for RA via his agreement | Lauren Huff |
| 6/9/2009 3:56:49 PM | sent another em regarding newest nom | Meghan Reuter |
| 6/2/2009 2:05:33 PM | spk/em: congrats on new nom/note req., and mZ | Meghan Reuter |
| 4/29/2009 2:04:08 PM | lm/em: congrats on new nom/note req., and MZ | Meghan Reuter |
| 2/17/2009 3:12:57 PM | EM re: new nom/notes. | Ashley Spell |
| 2/3/2009 9:57:38 AM | EM: Congrats on new nominee, note req., and MZ. | Chandler Kelley |
| 11/12/2008 12:31:42 PM | called regarding note req for new nominee. | Ashley Bice |

Activity Export | Impersonate RA | Edit RA | Close

**Recruiting Assistant Overview: BRIAN KAPS**

Overview | Notes | **Payment Information** | Nominations | Status History | Healthcare Election Status

**Projected Payments**

| First Name | Last Name | Reason | Projected Date |
|---|---|---|---|

**Payment History**

| First Name | Last Name | Payment A... | Type | Reason | Date | Withheld | Withheld A... |
|---|---|---|---|---|---|---|---|
| Alexander | Anton | 1000.00 | Direct Deposi | Contract | 2/16/2010 | No | 0.00 |
| Alexander | Anton | 1000.00 | Direct Deposi | Shipped | 7/15/2010 | No | 0.00 |
| Brynn | Beck | 1000.00 | Direct Deposi | Contract | 7/20/2009 | No | 0.00 |
| Brynn | Beck | 1000.00 | Direct Deposi | Shipped | 7/20/2009 | No | 0.00 |
| Jaren | Blair | 1000.00 | Direct Deposi | Shipped | 4/22/2010 | No | 0.00 |
| Jaren | Blair | 1000.00 | Direct Deposi | Contract | 11/23/2009 | No | 0.00 |
| Robert | Breeden | 2000.00 | Direct Deposi | Contract - Ps | 10/6/2009 | No | 0.00 |
| Anthony | Jensen | 1000.00 | Direct Deposi | Contract | 4/20/2010 | No | 0.00 |
| Talon | Kempton | 1000.00 | Direct Deposi | Contract | 9/1/2009 | No | 0.00 |
| Stephanie | Sykes | 1000.00 | Direct Deposi | Contract | 3/9/2009 | No | 0.00 |
| Stephanie | Sykes | 1000.00 | Direct Deposi | Shipped | 6/1/2009 | No | 0.00 |

Activity Export | Impersonate RA | Edit RA | Close

Recruiting Assistant Overview: BRIAN KAPS

Overview | Notes | Payment Information | Nominations | Status History | Healthcare Election Status

**Projected Payments**

| First Name | Last Name | Reason | Projected Date |
|---|---|---|---|

**Payment History**

| First Name | Last Name | Payment A... | Type | Reason | Date | Withheld | Withheld A... |
|---|---|---|---|---|---|---|---|
| Alexander | Anton | 1000.00 | Direct Deposi | Shipped | 7/15/2010 | No | 0.00 |
| Brynn | Beck | 1000.00 | Direct Deposi | Contract | 7/20/2009 | No | 0.00 |
| Brynn | Beck | 1000.00 | Direct Deposi | Shipped | 7/20/2009 | No | 0.00 |
| Jaren | Blair | 1000.00 | Direct Deposi | Shipped | 4/22/2010 | No | 0.00 |
| Jaren | Blair | 1000.00 | Direct Deposi | Contract | 11/23/2009 | No | 0.00 |
| Robert | Breeden | 2000.00 | Direct Deposi | Contract - Ps | 10/6/2009 | No | 0.00 |
| Anthony | Jensen | 1000.00 | Direct Deposi | Contract | 4/20/2010 | No | 0.00 |
| Talon | Kempton | 1000.00 | Direct Deposi | Contract | 9/1/2009 | No | 0.00 |
| Stephanie | Sykes | 1000.00 | Direct Deposi | Contract | 3/9/2009 | No | 0.00 |
| Stephanie | Sykes | 1000.00 | Direct Deposi | Shipped | 6/1/2009 | No | 0.00 |
| Crystal | Terry | 1000.00 | Direct Deposi | Contract | 3/31/2009 | No | 0.00 |

Activity Export | Impersonate RA | Edit RA | Close