IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>STEEL DAVIS,<br>Defendant. | CASE NO. 2:15-CR-5-TLN<br>DECLARATION OF MATTHEW G. MORRIS |

Exhibit B

Nomination Overview: Alexander Anton

Overview | Admin Notes | RA Notes | Status History | Payments

| | | | |
|---|---|---|---|
| **Name** | Alexander Anton | View RA **RA** | BRIAN KAPS |
| **PS ID** | 1331765 | | |
| **Intended Interest** | Enlisted | **Enlistment Type** | National Guard |
| **SSN** | [redacted] | | |
| **Address** | [redacted]<br>CHICO, CA 95826 | **Military Status** | LOSS |
| | | **Military Unit** | |
| **Time At Residence** | 7 years 0 months | **Military Unit State** | |
| **Email Address** | [redacted] | | |
| **Daytime Phone** | [redacted] | **Ariss MOS** | 12N |
| **Mobile Phone** | [redacted] | **Cancel Date** | |
| **Fax Phone** | | **Cancel Code** | |
| **Height** | 5 feet 8 inches | **Test Score Category** | II |
| **Weight** | 180 lbs | **Years of Education** | 14 |
| **Driver's License #** | [redacted] | **Education Level Code** | A |
| **State** | CA | **Prior Service?** | No |
| **Expires** | 2/8/2010 12:00:00 AM | **PS Branch** | |
| **Highest Grade** | High School | **PS Rank** | |
| **Intended State** | California | **PS MOS** | |
| **Active First Contract** | No | **PS Began** | |
| **Projected Ship Date** | 07/13/10 | **PS Ended** | |
| **Contract Recruiter** | DAVIS, STEEL | **Date Created** | 12/9/2009 4:10:07 PM |
| **Contract RSID** | CAAA | | |
| **Local Recruiter** | THUAN HA<br>1125 POMONA AVE<br>95965<br>5305332633<br>5302203146 | | |

Update Created Date...

Reassign... | Edit Nomination... | Close

Nomination Overview: Alexander Anton

Overview | Admin Notes | RA Notes | Status History | Payments

Add Admin Note

| Date | Note | Entered By |
| --- | --- | --- |
| 1/29/2010 3:47:13 PM | Vm to tell about G-RAP | Amanda Calhoun |

Reassign... | Edit Nomination... | Close

Nomination Overview: Alexander Anton

Overview | Admin Notes | RA Notes | Status History | Payments

Add RA Note

| Date | Note | Entered By |
|---|---|---|
| 12/09/2009 | (Survey) How/Where did you meet your Potential Soldier?: Other | BRIAN KAPS |
| 12/09/2009 | (Survey) What interests them about the Guard?: Financial incentives | BRIAN KAPS |
| 12/09/2009 | (Survey) How old is your Potential Soldier?: 26 - 30 years | BRIAN KAPS |
| 12/09/2009 | (Survey) How long have you been talking with your Potential Soldier about the Guard?: Less than 2 weeks | BRIAN KAPS |
| 12/09/2009 | (Survey) Describe your relationship with your Potential Soldier.: Other | BRIAN KAPS |
| 12/09/2009 | (Survey) When are you going to schedule a meeting with you and your Potential Soldier to meet with an RRNCO?: Within 2 weeks | BRIAN KAPS |
| 12/09/2009 | (Survey) Based on your current relationship with the Potential Soldier, when do you envision the Potential Soldier joining the Guard?: Within 1 month | BRIAN KAPS |
| 01/26/2010 | will process on jan. 28 2010. will be enlisted now instead of officer. | BRIAN KAPS |
| 02/08/2010 | Anton has enlisted..yah.. But enlisted not as an officer but just an enlisted man. We met in Chico While I was in my guard gear.. | BRIAN KAPS |

Reassign... | Edit Nomination... | Close

**Nomination Overview: Alexander Anton**

Overview | Admin Notes | RA Notes | **Status History** | Payments

Add Status

| Status Date | Processed Date | Status Type | Status Note | Entered By |
|---|---|---|---|---|
| 07/13/2010 | 7/14/2010 7:08:32 AM | BCT Shipped | BCT Shipped status set by UpdateReferralBctStatus process based on ARISS ship date. | System Account |
| 01/28/2010 | 1/29/2010 8:14:27 AM | NPS Contract | NPS Contract | System Account |
| 12/09/2009 | 12/9/2009 4:10:07 PM | Nominated | Initial Nomination | BRIAN KAPS |

Reassign... | Edit Nomination... | Close

**Nomination Overview: Alexander Anton**

Overview | Admin Notes | RA Notes | Status History | **Payments**

| Date | Payment Reason | Payment Type | Payment Amount | Withheld | Withheld Amount |
|---|---|---|---|---|---|
| 7/15/2010 | Shipped | Direct Deposit | 1000.00 | No | 0.00 |
| 2/16/2010 | Contract | Direct Deposit | 1000.00 | No | 0.00 |

Reassign... | Edit Nomination... | Close