IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>STEEL DAVIS,<br>Defendant. | CASE NO. 2:15-CR-5-TLN<br>DECLARATION OF MATTHEW G. MORRIS |

Exhibit C

| AGENT'S INVESTIGATION REPORT<br>*CID Regulation 195-1* | ROI NUMBER<br>0004-2013-CID266-20355<br>PAGE 1 OF 1 PAGE |
|---|---|

DETAILS

MR. ALEXANDOR T. ANTON, [redacted], [redacted], VANCOUVER, WA, PH# 5[redacted] / [redacted]. On 1 April 2013, the reporting agent interviewed Mr. ANTON regarding his knowledge of PFC Brian M. KAPS, California Army National Guard (CANG), Chico, CA, and SGT Steel A. DAVIS, CANG, Paradise, CA, who potentially provided false claims to Documents and Packaging Brokers, INC.,(DOCUPAK) and the United States Army.

Mr. ANTON stated in December 2009 he went to the Chico, CA, recruiting office on his own initiative and met SGT. Steel DAVIS (NFI). Prior to going to CANG recruiting office, he had researched the other military branches. Mr. ANTON said he has never heard of Brian KAPS and was not aware anyone received a bonus for him reenlisting. Mr. ANTON went to basic training at Fort Benning, GA, on 13 July 2010 and was medically discharged in late 2010.

**AGENT'S COMMENT:** According to a DOCUPAK Work Sheet pertaining to Mr. ANTON's enlistment, Brian KAPS received $1,000.00 on 16 February 2010, when Mr. ANTON signed an enlistment contract and another $1,000.00 on 15 July 2010, when Mr. ANTON shipped to basic training.
//////////////////////////////Last Entry////////////////////////////////////

| TYPED AGENT'S NAME AND SEQUENCE NUMBER | ORGANIZATION | |
|---|---|---|
| SA Michael D. GROGAN, 6809 | Sacramento Fraud Resident Agency<br>Sacramento, CA 95814 | |
| SIGNATURE | DATE | EXHIBIT |
| Michael D. Grogan | 1 Apr 13 | |



FOR OFFICIAL USE ONLY
Law Enforcement Sensitive