**MICHAEL D. LONG**
Attorney at Law
California State Bar Number 149475
901 H Street, Suite 301
Sacramento, CA 95814
Telephone: (916) 201-4188
Facsimile: (916) 442-8299
Email: Mike.Long.Law@msn.com

CJA Attorney for STEEL DAVIS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>STEEL DAVIS,<br><br>Defendant. | Case No. 2:15-5 TLN<br><br>**DEFENDANT'S REPLY TO THE GOVERNMENT'S OPPOSITION TO HIS DISCOVERY MOTION**<br><br>Date: March 8, 2017<br>Time: 2:00 p.m.<br>Judge: Hon. Carolyn K. Delaney |

Defendant STEEL DAVIS submits this reply to the government's opposition to his discovery motion seeking an order compelling the government to disclose discoverable material, including information that must be disclosed under *Brady v. Maryland*, 373 U.S. 83 (1963) and its progeny.

At page 1 of the government's brief, it states that the purpose of GRAP program, implemented by the "federal National Guard Bureau," was to recruit soldiers for the wars the United States was waging in the foreign countries of Iraq and Afghanistan. The Commander-In-Chief of the California National Guard during times of peace, the California Governor, had not declared war on Iraq or Afghanistan. In times of war, the President of the United States calls in to federal service the national guards of the various states. Title 10 United States Code section 12406 states:

"Whenever—
**(1)** the United States, or any of the Commonwealths or possessions, is invaded or is in danger of invasion by a foreign nation;
**(2)** there is a rebellion or danger of a rebellion against the authority of the Government of the United States; or
**(3)** the President is unable with the regular forces to execute the laws of the United States;

the President may call into Federal service members and units of the National Guard of any State in such numbers as he considers necessary to repel the invasion, suppress the rebellion, or execute those laws.

During the time frame of the Indictment against Steel Davis, March 4, 2008, through January 27, 2011, the California National Guard was in federal service in the foreign wars by order of the President of the United States. It is the federal government, through the United States Attorney for the Eastern District of California, that is prosecuting Steel Davis for his conduct while employed as a recruiter for the California National Guard.

The federal prosecutors were able to acquire the California National Guard records they needed to have to initiate a criminal case against Steel Davis, Brian Kaps and Sarah Nattress, but the federal prosecutors then claim they cannot acquire the California National Guard records the defendant needs to defend himself against the federal charges.

The prosecution claims the records sought by the defense are not in the federal government's possession. (ECF document 43, pages 7-11.) The federal government should be able to obtain the California National Guard records for the time frame that the California National Guard was in federal service.

DATED: March 5, 2017

Respectfully submitted

*_/s/ Michael D. Long_*
MICHAEL D. LONG
CJA Attorney for STEEL DAVIS