PHILLIP A. TALBERT
United States Attorney
MATTHEW G. MORRIS
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:15-CR-005-TLN |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE TRIAL CONFIRMATION HEARING; FINDINGS AND ORDER |
| v. | |
| STEEL DAVIS, | DATE: November 30, 2017 |
| Defendant. | TIME: 9:30 a.m. |
| | COURT: Hon. Troy L. Nunley |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for Trial Confirmation on November 30, 2017.

2. By this stipulation, defendant now moves to continue the Trial Confirmation until December 7, 2017, at 9:30 a.m.

3. The parties agree and stipulate, and request that the Court find the following:

    a) Defense counsel is in trial in Sacramento Superior Court, *People v. Holmes* 16FE017115 in Dept. 25, before Judge Robert Twiss. Defense counsel anticipates that closing argument in that case will not be complete until Thursday, the date of the currently scheduled trial confirmation in this case.

    b) Time under the Speedy Trial Act was previously excluded through January 22,

2018, under local code T4 for defense preparation, and those reasons are still valid reasons for continued exclusion of time.

IT IS SO STIPULATED.

Dated: November 28, 2017  PHILLIP A. TALBERT
United States Attorney

/s/ MATTHEW G. MORRIS
MATTHEW G. MORRIS
Assistant United States Attorney

Dated: November 28, 2017  /s/ MICHAEL LONG
MICHAEL LONG
Counsel for Defendant
STEEL DAVIS

## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 28th day of November, 2017.

Troy L. Nunley
United States District Judge

STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT

2