**LAW OFFICE OF MICHAEL D. LONG**
901 H Street, Suite 301
Sacramento, CA 95814
(916) 201-4188
mike.long.law@msn.com


FILED

JAN 1 6 2018

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY
   DEPUTY CLERK

January 5, 2018

To: Honorable Troy L. Nunley
United States District Court Judge

From: Michael D. Long

Re: Advance Authorization for transcription of witness Brian Kaps's guilty plea colloquy

It is requested that advance authority be granted to obtain services under Subsection (e)(3) of the Criminal Justice Act (Title 18 U.S.C. 3006A) as follows:

CASE NAME & DESIGNATION: United States v. Steel Davis
CR-S-15-5- TLN
NAME OF EXPERT: Kelly O'Halloran
916-448-2712

### REASONS FOR APPLICATION

Government witness, and defendant in related case 14-153 TLN, Brian Kaps will be a key witness for the government in the jury trial of Steel Davis. I will need to cross examine Mr. Kaps about the terms and conditions in his plea agreement. Many of the questions I will ask are covered by the court's plea colloquy, thus providing me with Mr. Kaps's answers while testifying under oath. I request that Ms. O'Halloran, the court reporter who was present during Mr. Kaps's plea, be authorized to transcribe the plea hearing. Ms. O'Halloran estimates that the original transcript will cost $63.75.

### ESTIMATED COMPENSATION/FEE:

I am requesting the transcription of the plea transcript be authorized in the amount of **$63.75**. The total amount requested is **$63.75**.

January 5, 2018

_____
Michael D. Long

ORDER

Good cause appearing, advance authorization is hereby approved in the amount of $ 63.75 .

Dated: 1/16/18 , 2018

_____
TROY L. NUNLEY
United States District Court Judge