UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
February 8, 2018
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

STEEL A. DAVIS,

Defendant.

Case No. 2:15-CR-00005-01

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release STEEL A. DAVIS, Case No. 2:15-CR-00005-01 Charge 18 U.S.C. § 1343, from custody for the following reasons:

\_\_\_\_\_ Release on Personal Recognizance

\_\_\_\_\_ Bail Posted in the Sum of $ \_\_\_\_\_

\_\_\_\_\_ Unsecured Appearance Bond $ \_\_\_\_\_

\_\_\_\_\_ Appearance Bond with 10% Deposit

\_\_\_\_\_ Appearance Bond with Surety

\_\_\_\_\_ Corporate Surety Bail Bond

**X** (Other): The Court Ordered the defendant released pending sentencing and orders a $50,000 unsecured bond, co-signed by Dawn and Frank Tolson, with the defendant subject to pretrial services' supervision and the special conditions listed on page 4 of the pre-trial services report signed February 6, 2018.

Issued at Sacramento, California on February 8, 2018 at 10:45 AM.

By: _[signature]_

District Judge Troy L. Nunley