MICHAEL D. LONG (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 201-4188
Mike.Long.Law@msn.com

Attorney for STEEL DAVIS

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | ) No. 2:15-cr-005 TLN |
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER |
| v. | ) MODIFYING THE SCHEDULE |
| | ) FOR Mr. DAVIS'S PRE-SENTENCE |
| | ) REPORT FOR A NEW SENTENCING DATE |
| STEEL DAVIS, | ) OF MAY 24, 2018 |
| | ) |
| Defendant. | ) Judge: Hon. Troy L. Nunley |
| ==============================) | |

Defendant Steel Davis is requesting a two-week continuance of his sentencing hearing, which is presently set for May 10, 2018. AUSA Matt Morris, on behalf of the United States Attorney's Office, and USPO Nisha Modica, on behalf of the United States Probation Office, have no objection to the requested continuance. The parties hereby stipulate to re-set the schedule for the pre-sentence report as follows:

Judgment and Sentencing Date: May 24, 2018

Reply, or Statement of Non-opposition: May 17, 2018

Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: May 10, 2018


Dated: May 3, 2018                    Respectfully submitted,

                                      /s/ Michael D. Long
                                      MICHAEL D. LONG
                                      Attorney for Steel Davis

-1-

Dated: May 3, 2018                 McGREGOR SCOTT
United States Attorney

/s/ Matthew Morris
MATTHEW MORRIS
Assistant U.S. Attorney

## ORDER

**<u>GOOD CAUSE APPEARING AND HAVING BEEN SHOWN, IT IS SO ORDERED</u>**.

The Court hereby orders that the schedule for Mr. Davis's pre-sentence report is amended as follows:

Judgment and Sentencing Date: May 24, 2018 at 9:30 a.m.

Reply, or Statement of Non-opposition: May 17, 2018

Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: May 10, 2018

Dated: May 4, 2018

Troy L. Nunley
United States District Judge