MICHAEL D. LONG  (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 201-4188
Mike.Long.Law@msn.com

Attorney for STEEL DAVIS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA, | ) | No. 15-5 TLN |
| Plaintiff, | ) | |
| | ) | STIPULATION AND [PROPOSED] |
| v. | ) | ORDER REGARDING |
| | ) | TEMPORARY APPROVAL |
| STEEL DAVIS, | ) | FOR TRAVEL |
| | ) | |
| | ) | Date: May 10, 2018 |
| Defendant. | ) | Judge: Hon. Allison Claire |
| | ) | |

Defendant Steel Davis, by and through his undersigned attorney of record, and the United States of America, by and through the undersigned Assistant U.S. Attorney, hereby stipulate as follows:

1.Steel Davis is presently on supervised release pending sentencing on May 24, 2018. He was convicted of wire fraud.

2.Steel Davis's conditions of supervised release include special conditions that he wear an electronic monitoring device and that he abide by a curfew – conditions 11 and 12. (Dkt. No. 117.)

3.Steel Davis seeks permission to go camping with his relatives. He would like to go camping with his cousin Jared Dimbat and other family members to the High Lakes above Paradise, California  from the afternoon of Thursday May 10th until no later than 10 p.m. on

1

Monday May 14th. The camping location is not far from his home in Magalia. Mr. Davis provided a map of the camping area that was provided to the government and PTS Officer Basurto.

4. The government continues to believe that detention is appropriate pending sentencing but, in light of the Court's prior rulings regarding Mr. Davis' release pending sentencing, the government does not oppose this temporary modification of release conditions.

5. Defense counsel has spoken to Mr. Davis's Pretrial Services Officer, Renee Basurto. Ms. Basurto informed defense counsel that Mr. Davis has complied with all of his special and standard conditions thus far and she does not oppose this temporary modification of Mr. Davis's pre-trial release conditions.

6. The undersigned parties hereby stipulate that the Court may temporarily modify conditions of release number 11 and 12. The electronic monitoring device will remain attached to Mr. Davis, but he is allowed to go camping with his cousin Jared Dimbat and other family members to the High Lakes above Paradise, California, from the afternoon of Thursday, May 10th until no later than 10 p.m. on Monday, May 14, 2018. The curfew will not be in effect until Monday evening, May 14, 2018, at 10:00 p.m.

Dated: May 10, 2018                     Respectfully submitted,

                                        /s/ Michael D. Long
                                        MICHAEL D. LONG
                                        Attorney for Steel Davis


Dated: May 10, 2018                     McGREGOR SCOTT
                                        United States Attorney

                                        /s/ Matthew Morris
                                        MATTHEW MORRIS
                                        Assistant U.S. Attorney

**[PROPOSED] ORDER**

Good cause appearing and having been shown, the Court hereby adopts the parties' stipulation as its order.

**SO ORDERED.**

Dated: May 10, 2018

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE