MICHAEL D. LONG  (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 201-4188
Mike.Long.Law@msn.com

Attorney for STEEL DAVIS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA, | ) | No. 15-5 TLN |
| Plaintiff, | ) | |
| | ) | STIPULATION AND [~~PROPOSED~~] |
| v. | ) | ORDER REGARDING |
| | ) | TEMPORARY APPROVAL |
| STEEL DAVIS, | ) | FOR TRAVEL |
| | ) | |
| | ) | |
| Defendant. | ) | Judge: Hon. Allison Claire |
| _____ | ) | |

Defendant Steel Davis, by and through his undersigned attorney of record, and the United States of America, by and through the undersigned Assistant U.S. Attorney, hereby stipulate as follows:

1.     Steel Davis is presently on supervised release pending sentencing on May 24, 2018. He was convicted of wire fraud.

2.     Steel Davis's conditions of supervised release include special conditions that he wear an electronic monitoring device and that he abide by a curfew – conditions 11 and 12. (Dkt. No. 117.)

3.     Steel Davis seeks permission to visit with friends in the Morgan Hill area from Friday, May 18th until no later than 10 p.m. on Monday, May 21st.  The purpose of the short weekend trip is for Mr Davis to say goodbye to family and friends. If allowed, he will be staying

1

at the house of my life long friend, Robert Chelossi in Morgan Hill, CA – the address and phone number will be provided to Pre-Trial Services Officer Basurto.

4. Mr. Davis went camping from May 10th through May 14th with the permission of Magistrate Judge Claire and returned home on time. See ECF documents 133 and 135.

5. In light of the Court's prior rulings regarding Mr. Davis' release pending sentencing, the government does not oppose this temporary modification of release conditions.

6. Defense counsel has spoken to Mr. Davis's Pretrial Services Officer, Renee Basurto. Ms. Basurto informed defense counsel that Mr. Davis has complied with all of his special and standard conditions thus far and she does not oppose this temporary modification of Mr. Davis's pre-trial release conditions.

7. The undersigned parties hereby stipulate that the Court may temporarily modify conditions of release number 11 and 12. The electronic monitoring device will remain attached to Mr. Davis, but he is allowed to Morgan Hill area from Friday, May 18th until no later than 10 p.m. on Monday May 21st. The curfew will not be in effect until Monday evening, May 14, 2018, at 10:00 p.m. Mr. Davis will not be monitored by pre-trial services from Friday, May 18th until Mr. Davis returns to his home no later than 10 p.m. on Monday May 21st.

Dated: May 16, 2018                               Respectfully submitted,

/s/ Michael D. Long
MICHAEL D. LONG
Attorney for Steel Davis


Dated: May 10, 2018                               McGREGOR SCOTT
United States Attorney

/s/ Matthew Morris
MATTHEW MORRIS
Assistant U.S. Attorney

2

**[~~PROPOSED~~] ORDER**

Good cause appearing and having been shown, the Court hereby adopts the parties' stipulation as its order.

**SO ORDERED.**

Dated: May 17, 2018

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE