1  McGREGOR W. SCOTT
   United States Attorney
2  MATTHEW G. MORRIS
   KATHERINE T. LYDON
3  Assistant United States Attorneys
   501 I Street, Suite 10-100
4  Sacramento, CA 95814
   Telephone: (916) 554-2700
5  Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>STEEL A. DAVIS,<br><br>Defendants. | CASE NO. 2:15-CR-005 TLN<br><br>MOTION AND ORDER TO STRIKE DOCKET ITEM 141 |
|---|---|

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that docket item 141 and accompanying attachment in the above-captioned matter be STRICKEN.

Dated: 5/22/2018

_____
Troy L. Nunley
United States District Judge

ORDER TO UNSEAL SEARCH WARRANTS