MICHAEL D. LONG (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 201-4188
Mike.Long.Law@msn.com

Attorney for STEEL DAVIS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA, | ) | No. 15-5 TLN |
| Plaintiff, | ) | |
| | ) | STIPULATION AND [~~PROPOSED~~] |
| v. | ) | ORDER REGARDING |
| | ) | TEMPORARY APPROVAL |
| STEEL DAVIS, | ) | FOR TRAVEL |
| | ) | |
| | ) | |
| Defendant. | ) | Judge: Hon. Edmund F. Brennan |
| _____ | ) | |

Defendant Steel Davis, by and through his undersigned attorney of record, and the United States of America, by and through the undersigned Assistant U.S. Attorney, hereby stipulate as follows:

1. Steel Davis is presently on supervised release pending self-surrender on July 23, 2018, at whichever facility is designated by the Bureau of Prisons, 2018. He was convicted of wire fraud.

2. Steel Davis's conditions of supervised release include special conditions that he wear an electronic monitoring device and that he abide by a curfew – conditions 11 and 12. (Dkt. No. 117.)

3. Steel Davis seeks permission to travel to Fallon, Nevada in order to stay at Sand Mountain recreational OHV area with his cousin Jared Dimbat and possibly other family members from Wednesday, June 6, 2018, until Monday, June 11, 2018, no later than 10:00 p.m.

4. Mr. Davis has twice been given permission to travel. Both times he returned on time

1

and reported to his pre-trial devices officer. He went camping from May 10th through May 14th with the permission of Magistrate Judge Claire and returned home on time. See ECF documents 133 and 135. Then Mr. Davis visited friends in the Morgan Hill area from May 18th until May 21st. See ECF documents 137 and 138.

5. In light of the Court's prior rulings regarding Mr. Davis' release pending sentencing, the government does not oppose this temporary modification of release conditions.

6. Defense counsel has spoken to Mr. Davis's Pretrial Services Officer, Renee Basurto. Ms. Basurto informed defense counsel that Mr. Davis has complied with all of his special and standard conditions thus far and she does not oppose this temporary modification of Mr. Davis's pre-trial release conditions.

7. The undersigned parties hereby stipulate that the Court may temporarily modify conditions of release number 11 and 12. The electronic monitoring device will remain attached to Mr. Davis, but he is allowed to the Sand Mountain recreational OHV area near Fallon, Nevada, from Wednesday, June 6, 2018, until Monday, June 11, 2018, no later than 10:00 p.m. The curfew will not be in effect from June 6th until June 11, 2018, at 10:00 p.m. Mr. Davis will not be monitored by pre-trial services from June 6th until Mr. Davis returns home.

Dated: June 6, 2018                      Respectfully submitted,

/s/ Michael D. Long
MICHAEL D. LONG
Attorney for Steel Davis

Dated: June 6, 2018                      McGREGOR SCOTT
United States Attorney

/s/ Katherine Lydon
KATHERINE LYDON
Assistant U.S. Attorney

**[~~PROPOSED~~] ORDER**

Good cause appearing and having been shown, the Court hereby adopts the parties' stipulation as its order.

**SO ORDERED.**

Dated: June 5, 2018

_____
The Honorable Edmund F. Brennan
United States Magistrate Judge