MICHAEL D. LONG (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 201-4188
Mike.Long.Law@msn.com

Attorney for STEEL DAVIS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ) <br>               Plaintiff, ) <br>      ) <br> v.      ) <br>      ) <br> STEEL DAVIS,      ) <br>      ) <br>      ) <br>               Defendant. ) <br> _____) | No. 2:15-cr-00005-TLN <br><br> STIPULATION AND <br> ORDER REGARDING <br> TEMPORARY APPROVAL <br> FOR TRAVEL <br><br><br> Judge: Hon. Kendall J. Newman |

Defendant Steel Davis, by and through his undersigned attorney of record, and the United States of America, by and through the undersigned Assistant U.S. Attorney, hereby stipulate as follows:

1. Steel Davis is presently on supervised release pending self-surrender on July 23, 2018, at whichever facility is designated by the Bureau of Prisons, 2018. He was convicted of wire fraud.

2. Steel Davis's conditions of supervised release include special conditions that he wear an electronic monitoring device and that he abide by a curfew – conditions 11 and 12. (Dkt. No. 117.)

3. Steel Davis seeks permission to travel to Fallon, Nevada, from Friday, June 29, 2018, until Monday, July 2, 2018, no later than 10 p.m., in order to stay at Sand Mountain recreational OHV area. He will stay at Sand Mountain recreational OHV area with friends and family members.

1

4. Mr. Davis has been given permission to travel three times. Each time he has returned on time and reported to his pre-trial devices officer. He went camping from May 10th through May 14th with the permission of Magistrate Judge Claire and returned home on time. See ECF documents 133 and 135. Then Mr. Davis visited friends in the Morgan Hill area from May 18th until May 21st. See ECF documents 137 and 138. Most recently, Mr. Davis camped at Sand Mountain recreational OHV area with family members from Wednesday, June 6, 2018, until Monday, June 11, 2018. See ECF documents 158 and 159.

5. In light of the Court's prior rulings regarding Mr. Davis' release pending sentencing, the government does not oppose this temporary modification of release conditions.

6. Defense counsel has spoken to Mr. Davis's Pretrial Services Officer, Renee Basurto. Ms. Basurto informed defense counsel that she does not oppose this temporary modification of Mr. Davis's pre-trial release conditions.

7. The undersigned parties hereby stipulate that the Court may temporarily modify conditions of release number 11 and 12. The electronic monitoring device will remain attached to Mr. Davis, but he is allowed to the Sand Mountain recreational OHV area near Fallon, Nevada, from Friday, June 29, 2018, until Monday, July 2, 2018, no later than 10:00 p.m. The curfew will not be in effect Friday, June 29, 2018, until Monday, July 2, 2018, at 10:00 p.m. Mr. Davis will not be monitored by pre-trial services from July 2nd until Mr. Davis returns home.

Dated: June 29, 2018

Respectfully submitted,

/s/ Michael D. Long
MICHAEL D. LONG
Attorney for Steel Davis

Dated: June 29, 2018

McGREGOR SCOTT
United States Attorney

/s/ Katherine Lydon
KATHERINE LYDON
Assistant U.S. Attorney

**ORDER**

Good cause appearing and having been shown, the Court hereby adopts the parties' stipulation as its order.

**SO ORDERED.**

Dated: June 29, 2018

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE