MICHAEL D. LONG (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 201-4188
Mike.Long.Law@msn.com

Attorney for STEEL DAVIS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA, | ) | No. 15-5 TLN |
| Plaintiff, | ) | |
| | ) | STIPULATION AND |
| v. | ) | ORDER REGARDING |
| | ) | TEMPORARY APPROVAL |
| STEEL DAVIS, | ) | FOR TRAVEL |
| | ) | |
| | ) | |
| Defendant. | ) | Judge: Hon. Carolyn K. Delaney |
| _____ | ) | |

Defendant Steel Davis, by and through his undersigned attorney of record, and the United States of America, by and through the undersigned Assistant U.S. Attorney, hereby stipulate as follows:

1. Steel Davis is presently on supervised release pending self-surrender on July 23, 2018, at FCI-Taft. He was convicted of wire fraud.

2. Steel Davis's conditions of supervised release include special conditions that he wear an electronic monitoring device and that he abide by a curfew – conditions 11 and 12. (Dkt. No. 117.)

3. Steel Davis seeks permission to travel to Sacramento, CA, from July 15, 2018, until he drives to Taft-FCI to self-surrender on July 23, 2018. His two-year old granddaughter Galexie Alido [his daughter's daughter], is scheduled to have heart surgery on July 17, 2018, and remain in the hospital for four to seven days.

4. Exhibit "A", the attached scheduling letter from UCDMC RN Mary Cignarella,

1

states:

> This letter is regarding our patient Galexie Alido, DOB:____ who is followed by Dr. Dayan at the UC Davis Pediatric Heart Center for multiple muscular ventricular septal defects (VSDs) s/p pulmonary artery banding (5/20/2016, Rahm, UCDMC). She will be admitted on 7/17/18 for repair of these multiple VSD's here at UC Davis by Dr. Rahm. She is expected to stay in the hospital for an approximate length of 4-7 days.
> If you have any questions, please do not hesitate to call the UC Davis Pediatric Heart Center at 916-734-3456.

     5.    The surgery is a serious one in which the heart is removed from the body, repaired, and then put back in the child's body.

**The University of Michigan C.S. Mott Children's Hospital described the procedure as:**

### What is a ventricular septal defect?

Ventricular septal defect is the most common congenital heart defect and accounts for 20-30% of children seen in large pediatric cardiology clinics. The exact incidence is not known with estimates ranging from 2 to 5 out of every 1000 babies born. The cause of the problem is not well understood.

A ventricular septal defect (VSD) is a defect or hole(1) in the wall that separates the lower two chambers of the heart. These chambers are called the ventricles (2) and the wall separating them is called the ventricular septum. A child can have single or multiple ventricular septal defects. Ventricular septal defects also occur in association with more complex heart defects such as Tetralogy of Fallot and transposition of the great vessels. The information on this page applies to patients with a ventricular septal defect and an otherwise normal heart.

…

If the child's symptoms cannot be controlled by medications, surgical repair will be considered. Often the need for surgery is demonstrated most convincingly by the child's inability to gain weight. Even if the symptoms are minimal, surgical closure is recommended for any defect that is big enough after the first year or two of life to allow excessive pulmonary blood flow. This is to prevent a very serious long term complication called pulmonary vascular obstructive disease.

Surgical repair of a ventricular septal defect involves open heart surgery and placement of a prosthetic patch, sutured in placed, that covers the defect. The heart tissue grows over the patch so the heart never "outgrows" it.

https://www.mottchildren.org/conditions-treatments/ped-heart/conditions/ventricular-septal-defect

6.  Mr. Davis will stay in Sacramento along with his daughter and family members from July 15, 2018, to be near by the UCDMC surgery center, until Mr. Davis is driven to FCI-Taft. He would drive to FCI-Taft on July 22, 2018, to self-surrender the next day. While in Sacramento, Mr. Davis would stay in contact with USPTS Renee Basurto and follow any orders or requests made by Ms. Basurto. Mr. Davis's location monitoring device will be removed on Monday, July 16, 2018, at the pretrial services office. He will then be monitored daily with a call in telephone schedule at 7:00am and again at 10:00pm from the hotel land line each day.

7.  Mr. Davis has been given permission to travel three previous times. Each time he has returned on time and reported to his pre-trial devices officer. He went camping from May 10th through May 14th with the permission of Magistrate Judge Claire and returned home on time. See ECF documents 133 and 135. Then Mr. Davis visited friends in the Morgan Hill area from May 18th until May 21st. See ECF documents 137 and 138. Most recently, Mr. Davis camped at Sand Mountain recreational OHV area with family members from Wednesday, June 6, 2018, until Monday, June 11, 2018. See ECF documents 158 and 159. Steel Davis submitted a fourth travel request on June 29, 2018, but as it did not get submitted and signed in time for him to travel, Mr. Davis stayed home and did not travel.

8.  In light of the Court's prior rulings regarding Mr. Davis' release pending sentencing, the government does not oppose this temporary modification of release conditions.

9.  Defense counsel has spoken to Mr. Davis's Pretrial Services Officer, Renee Basurto. Ms. Basurto informed defense counsel that she does not oppose this temporary modification of Mr. Davis's pre-trial release conditions.

10. The undersigned parties hereby stipulate that the Court may temporarily modify conditions of release number 11 and 12. Mr. Davis is allowed to travel to, and stay in, Sacramento, California, from July 15, 2018, until July 22, 2018, and then drive from Sacramento to FCI-Taft for the purpose of self-surrendering himself on July 23, 2018, no later than 2:00 p.m.

The curfew will not be in effect from July 15, 2018, until July 23, 2018.  Mr. Davis's location monitoring device will be removed on Monday, July 16, 2018, at the pretrial services office.  He will then be monitored daily with a call in telephone schedule at 7:00am and again at 10:00pm from the hotel land line each day.  Mr. Davis will not be formally monitored by pre-trial services from July 15, 2018, until Mr. Davis self-surrenders at FCI-Taft.

Dated:  July 12, 2018                                Respectfully submitted,

/s/ Michael D. Long
MICHAEL D. LONG
Attorney for Steel Davis

Dated:  July 12, 2018                                McGREGOR SCOTT
United States Attorney

/s/ Katherine Lydon
KATHERINE LYDON
Assistant U.S. Attorney

## ORDER

Good cause appearing and having been shown, the Court hereby adopts the parties' stipulation as its order.

**SO ORDERED.**

Dated:  July 12, 2018

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4