| | |
|---|---|
| 1 | MCGREGOR W. SCOTT<br>United States Attorney |
| 2 | MATTHEW G. MORRIS<br>KATHERINE T. LYDON |
| 3 | Assistant United States Attorney<br>501 I Street, Suite 10-100 |
| 4 | Sacramento, CA 95814<br>Telephone: (916) 554-2700 |
| 5 | Facsimile: (916) 554-2900 |

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>      v.<br><br>STEEL A. DAVIS,<br><br>                  Defendants. | CASE NO. 2:15-CR-005 TLN<br><br>ORDER REGARDING RESTITUTION<br><br>DATE: July 26, 2018<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

Based upon the parties' stipulation and joint request filed on July 19, 2018 (ECF No. 174), the Court hereby orders that the restitution hearing scheduled for July 26, 2018 be vacated. It further finds and orders that the total restitution to be paid by the defendant for his conduct in the above-captioned case is $38,000 to the victim, the Department of Defense, at the address set forth in the PSR. The Judgment and Sentence is hereby amended to order restitution in the amount of $38,000, apportioned as follows: $2,000 jointly and severally with Jason Hair, $13,000 jointly and severally with Brian Kaps, and $23,000 jointly and severally with Sarah Nattress and Jason Hair. Payment is to begin immediately, including by participation in the Inmate Financial Responsibility Program.

//
//
//
//

ORDER REGARDING RESTITUTION

An Amended Judgement in a Criminal Case (AO 245C) will be entered.

**IT IS SO ORDERED.**

Dated: July 20, 2018

_Troy L. Nunley_
Troy L. Nunley
United States District Judge

Order Regarding Restitution